## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRODY CAMPBELL, <br> On Behalf of Himself and Others <br> Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> (1) A.S.A.P. ASSEMBLY, INC., <br><br> *Defendant*. | CASE NO. CIV-13-815-HE <br><br> COLLECTIVE ACTION <br><br> JURY DEMANDED |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S
## COUNTERCLAIMS AND CERTAIN AFFIRMATIVE DEFENSES

Plaintiff Brody Campbell (Campbell) hereby moves to strike pursuant to FED. R. CIV. P.

12(b)(6) the Counterclaims contained in the Answer of Defendant A.S.A.P. Assembly, Inc.

(ASAP) [ECF No. 12].  Such state law counterclaims are not permitted in an FLSA case.

Additionally, Campbell moves to strike pursuant to FED. R. CIV. P. 12(f) ASAP's 1st, 2nd, 3rd, 4th,

5th, 7th, 8th, 12th, and 15th affirmative defenses since such defenses do not meet the standards

required by FED. R. CIV. P. 8 and/or are legally insufficient.

Respectfully submitted,

BRUCKNER BURCH PLLC

**/s/ James A. Jones**

By: _____

James A. Jones
(*Pro Hac Vice*)
*Attorney-In-Charge for Plaintiff*
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

1

Telephone: (713) 877-8788
Facsimile:  (713) 877-8065
jjones@brucknerburch.com


Kevin Locke
Oklahoma Bar No. 14769
Attorney for Plaintiff
**TAYLOR  LUCAS LOCKE & CORBIN**
1132 North Broadway Drive
Oklahoma City, OK  73103
Telephone:  (405) 232-8585
Telecopier:  (405) 232-8588
Kevin.Locke@taylorlucas.com